### Thomas H. Gorman *v.* Sidney E. Berghans.

The authorization required to enable a married woman to appeal from a judgment rendered against her, must be proved by other evidence than the allegations of the wife, or of her counsel.

Appeal from the Commercial Court of New Orleans, *Watts*, J. This case was submitted on the points filed, by *Eyma*, for the plaintiff, and *Greiner*, for the appellant.

Martin, J. The dismissal of this appeal is asked for, on the ground that the appellant is a married woman, and has appealed without the assistance or authority of her husband. A suspensive appeal had been last year obtained, and was dismissed in January last, on the same ground. See p. 230 *ante.* A devolutive appeal has now been taken, but the authority or assistance of the husband does not otherwise appear than by a statement in the petition and bond of appeal, that the appellant is assisted and authorized by her husband. It is correctly urged by the appellee that this assistance and authority must be proved *aliunde*, and otherwise than under the hand of the appellant or her counsel.

*Appeal dismissed.*